**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:08 am, Aug 05, 2025*
**JEFFREY P. COLWELL, CLERK**

Colorado Federal District Court

1929 Stout Street

Denver, CO 80294-3589


August 4, 2025


---

**MOTION FOR AN EXTENSION OF TIME TO FILE A PROPER COMPLAINT**

---

I, Dorothy Barrett-Taylor, Pro Se, respectively presented a letter to the Court on July 25, 2025, in order to preserve the statute of limitation deadline of July 26, 2025, for filing a complaint. Although I met the deadline, I received notification from the Court that my request was not in the proper Court format. In compliance with Court, please find my request in the proper Court format, as follows:

I am requesting an extension of time; perhaps 30-days, to file my complaints of a Civil Rights violation of: Intentional Infliction of Emotional Distress; flagrant Patient violation of my Civil Rights; Elderly Abuse; Battery and/or Assault; HIPAA violation; Illegal M-1; Unlawful Detainment and/or Orchestrated Kidnapping; Intentional Misuse of Medication; Falsification of Consent to Treat, and egregious Medical Malpractice. All of which occurred between July 26, 2023, through August 4, 2023. However, several side-effects stemming from nine different antipsychotic drugs that I was injected in a span of eight days (against my will) is now aggressively attacking my body. In as much, these medical facilities knew or should have known that seniors over 65 are only administered once or twice a day. Moreover, according to the Mayo Clinic and other healthcare specialists, seniors over 55 are prohibited from taking psychotic drugs altogether due to serious complications.

The approved extension of time is absolutely necessary, to allow for additional medical testing, approved medication, and my search for legal representative. Moreover, I want to bring awareness to the Court that aside from the above-mentioned egregious violations, that I suffered at the discretion of four medical facilities, I have irrefutable evidence of Medicare and Medicaid fraud, as such: False Diagnoses; Unnecessary Treatments &

Procedures; Fabrication of Medical Records, just to name a few. Although these federal crimes may not have violated my Civil Rights as the Patient; per se, the timelines of events documented in my medical records, do in fact, substantiates my request for an investigation. By that I mean, these violations were committed in conjunction by the same facilities who caused my injuries, except that the medical costs were explicitly intended to defraud Medicare and Medicaid. Once again, all the above-mentioned complaints is just a brief synopsis of illegal consequences that must be told in its entirety.

With that being said, I respectfully file this Motion asking the Court to grant my request for an extension of time; perhaps, 30-days, to allow for additional medical testing stemming from the hospital's negligent, misplacement of medical records, expertise medical opinions, and above all, my search for legal representation.

Thank you for your time in this matter, and I hope for a favorable response.

Respectively Submitted,


Dorothy Barrett-Taylor
303 671-0869


August 4, 2025